JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CLASSICAL SILK, INC., | Case No.: 2:20-cv-10063-SVW-MAA |
|---|---|
| Plaintiff, | <u>Hon. Stephen V. Wilson Presiding</u> |
| v. | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| H. STARLET, LLC, et al., | |
| Defendants. | |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: March 8, 2021        By: _____
                                HON. STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION